UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LAWRENCE DEMPSEY, as personal Representative of the estate of NICOLE DEMPSEY, deceased, for the benefit of her survivors and estate**

    Plaintiff,

v.                                    CASE NO.:5:21-cv-0134- TKW/MJF

**TOMMY FORD, in his official capacity, as SHERIFF, BAY COUNTY, FLORIDA, and SHELLY WINTERS, f/n/a SHELLY ZIEGLER, in her individual capacity,**

    Defendants.
_____/

## JOINT MOTION TO RESET DEADLINES IN THIS CASE

Plaintiff, LAWRENCE DEMPSEY, and Defendant, TOMMY FORD, et al, through their counsel, request that the deadlines in this case be modified and as grounds therefore state:

1. The parties have been diligently engaged in discovery and expert and rebuttal reports have been exchanged.

2. The parties have been also involved in a multi-plaintiff case with

deadlines over the past 60 days that has prevented Plaintiff from being able to coordinate deposition dates with Defendants. Furthermore, Plaintiff anticipates the other case will continue to take significant resources over the next 30 days.

3. Defendants have also served subpoenas to multiple third-party medical facilities and those facilities have been slow to respond to the voluminous requests, some of which will be vital in conducting additional discovery in this case.

3. Because of the obligations in this other matter and the desire to complete expert reports prior to taking depositions in this case and to exchange written discovery, the parties need additional time to complete discovery.

4. The current deadlines are as follows:

| | |
|---|---|
| Discovery deadline: | January 14, 2022 |
| Dispositive motion deadline: | February 4, 2022 |
| Trial date: | not yet set |

5. The parties are requesting that the following deadlines be approved by the Court which would not be requested but for a need for the modification:

| | |
|---|---|
| Discovery deadline: | April 14, 2022 |
| Dispositive motion deadline: | May 5, 2022 |
| Trial date: | to be set in the future |

6. This Motion is not filed for the purpose of delay but is filed in good faith based on the representations made above.

WHEREFORE, the parties respectfully request that the deadlines set forth above be approved, all for the reasons set forth above.

Respectfully submitted:

| | |
|---|---|
| *s/ Marie A. Mattox* | */s/ Alyssa A. Yarbrough* |
| MARIE A. MATTOX, Esq. | ALYSSA A. YARBROUGH, Esq. |
| Florida Bar No. 739685 | Florida Bar No. 0103407 |
| marie@mattoxlaw.com | pleadings@warnerlaw.us |
| MARIE A. MATTOX, P.A. | WARNER LAW FIRM, P.A. |
| 203 N. Gadsden Street | 801 W. 11th St., Suite A |
| Tallahassee, FL 32303 | Panama City, FL 32401 |
| Telephone No.: (850) 383-4800 | Telephone No.: (850) 784-7772 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF TYPE AND WORD COUNT

I HEREBY CERTIFY that this document has been typed in 14 point font and contains 476 words.

/s/ Marie A. Mattox
Marie A. Mattox

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by CM/ECF this 16th day of December, 2021.

/s/ Marie A. Mattox
Marie A. Mattox